**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

US BANK NATIONAL ASSOCIATION, AS   :   No. 800 MAL 2018
TRUSTEE FOR CREDIT SUISSE FIRST   :
BOSTON MORTGAGE SECURITIES   :
CORP CSMC MORTGAGE-BACKED   :   Petition for Allowance of Appeal from
PASS-THROUGH CERTIFICATES,   :   the Order of the Superior Court
SERIES 2006-1,   :
  :
      Respondent   :
  :
  :
      v.   :
  :
  :
AMY L COCCA, CHRISTOPHER M   :
COCCA,   :
  :
      Petitioners   :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.